UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID McCULLOUGH** on behalf of himself and all others similarly situated, | : | Case No. 4:25-cv-00644-BYP |
| Plaintiff, | : | JUDGE BENITA Y. PEARSON |
| v. | : | |
| **INSIGHT FOUNDATION OF HILLSIDE, INSIGHT FOUNDATION OF TRUMBULL, AND FIRDAUS FOUNDATION**, | : | |
| Defendants. | : | |

**RENEWED MOTION FOR LEAVE TO INTERVENE AS PLAINTIFFS TO THE FIRST AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT OF OHIO COUNCIL 8, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;  LOCAL 2288, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; LOCAL 2804, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; UNITED NURSES OF AMERICA, LOCAL 2026, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; AND SERVICE EMPLOYEES INTERNATIONAL UNION DISTRICT 1199**

KIMM A. MASSENGILL-BERNARDIN (0059292)
MICHELLE R. EVANS (0075124)
Ohio Council 8, AFSCME, AFL-CIO
6800 North High Street
Worthington, Ohio 43085
Tel.: 614-841-1918/Fax: 614-430-7960
kmassengillbernardin@afscme.org
mevans@afscme8.org

Counsel for Proposed Intervenors Ohio Council 8, AFSCME, AFL-CIO; Local 2288, AFSCME, AFL-CIO; Local 2804, AFSCME, AFL-CIO; and United Nurses of America, Local 2026, AFSCME, AFL-CIO

-1-

CATHRINE HARSHMAN (0079373)
Harshman, Wannemacher Tipton & Lipperman
4683 Winterset Drive
Columbus Ohio 43220
Tel.: 614-437-9854
charshman@hcands.com

Counsel for Proposed Intervenors SEIU District 1199, TRMC and SEIU District 1199, NMC

**Renewed Motion for Leave To Intervene in the First Amended Action as Plaintiffs**

Now come Proposed Intervenors Ohio Council 8, American Federation of State, County and Municipal Employees, AFL-CIO ("Ohio Council 8"); Local 2288, American Federation of State, County and Municipal Employees, AFL-CIO ("Local 2288"); Local 2804, American Federation of State, County and Municipal Employees, AFL-CIO ("Local 2804"); United Nurses of America, Local 2026, American Federation of State, County and Municipal Employees, AFL-CIO ("UNA Local 2026"); and Service Employees International Union District 1199 ("SEIU District 1199") (jointly referred to as "Proposed Intervenors"); and hereby submit their renewed motion that this Court issue an order granting them permission to intervene the amended action as of right as plaintiffs or, in the alternative, for permissive intervention. Proposed Intervenors submit this motion following the filing of the First Amended Collective and Class Action Complaint and Jury Demand (Doc # 25). Proposed Intervenors maintain their right to intervene Fed. R. Civ. P. 24(a)(2) or, in the alternative, request they be permitted to intervene pursuant to Fed. R. Civ. P. 24(b)(1)(B) in this amended matter. In compliance with Fed. R. Civ. P. 24(c), Proposed Intervenors attach and incorporate the proffered Fed. R. Civ. P. 7(a) Complaint, which was filed with their initial Amended Motion To Intervene (Doc # 7-3).

Respectfully submitted,

s/Kimm A. Massengill-Bernardin
KIMM A. MASSENGILL-BERNARDIN (0059292)
MICHELLE R. EVANS (0075124)
Ohio Council 8, AFSCME, AFL-CIO
6800 North High Street
Worthington, Ohio 43085
Tel.: (614) 841-1918/Fax: (614) 430-7960
kmassengillbernardin@afscme.org
mevans@afscme8.org

Counsel for Proposed Intervenors Ohio Council 8, AFSCME, AFL-CIO; Local 2288, AFSCME, AFL-CIO; Local 2804, AFSCME, AFL-CIO; and United Nurses of America, Local 2026, AFSCME, AFL-CIO

s/ Cathrine Harshman
CATHRINE HARSHMAN (0079373)
Harshman, Wannemacher Tipton & Lipperman
4683 Winterset Drive,
Columbus Ohio 43220
Tel.: 614-437-9854
charshman@hcands.com

Counsel for Proposed Intervenor SEIU District 1199

### **Memorandum in Support of Renewed Motion for Leave To Intervene**

Proposed Intervenors submit this renewed Motion for Leave To Intervene in this matter as amended by Plaintiff's First Amended Collective and Class Action Complaint (Doc # 25).

On April 7, 2025, Proposed Intervenors filed their Amended Motion for Leave To Intervene as plaintiffs in this action. (Doc # 7.) On June 2, 2025, Plaintiff filed his Partial Opposition to Intervenors' Motion for Leave (Doc # 20), to which Proposed Intervenors submitted their Reply on June 9, 2025 (Doc # 21). The Motion for Leave To Intervene remains pending the Court's determination.

On June 30, 2025, Plaintiff filed his First Amended Collective and Class Action Complaint (Doc # 25) ("First Amended Complaint"). The First Amended Complaint adds Plaintiff Angela Foor to this action. (*See id*. at ¶ 25.) Based on information and belief, Foor was not an employee in any of the classifications represented by Proposed Intervenors at the time of the mass layoffs/plant closure in this action. In addition, although the First Amended Complaint adds claims to this action (*see, e.g.*, *id*. at ¶¶ 37-39 [adding FLSA claim]), the First Amended Complaint does not allege Proposed Intervening Unions' independent WARN Act violations or allegations that Defendants violated R.C. Chapter 4111's overtime provisions with respect to Proposed Individual Intervenors and similarly situated employees.

In short, the First Amended Complaint does not render moot the arguments submitted by Proposed Intervenors in their Amended Motion for Leave To Intervene as Plaintiffs (Doc # 7) or their Reply (Doc # 21). For the reasons set forth in Proposed Intervenors Amended Motion for Leave To Intervene and Reply, all of the Proposed Intervenors have satisfied the requirements to intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2) (Doc # 7 at Page ID ## 76-83; Doc # 21 at Page ID ## 177-82) or, in the alternative, to be granted permission to intervene pursuant to Fed. R. Civ. P. 24(b)(1)(B) (Doc # 7 at Page ID ## 83-84; Doc # 21 at Page ID ## 182-83). Accordingly, Proposed Intervenors respectfully renew their request to intervene as plaintiffs as of right pursuant to Fed. R. Civ. P. 24(a)(2). Should the Court determine that the factors for intervention as of right have not been met, Proposed Intervenors respectfully request that they be permitted to intervene as plaintiffs pursuant to Fed. R. Civ. P. 24(b)(1)(B).

                Respectfully submitted,

                s/Kimm A. Massengill-Bernardin
                KIMM A. MASSENGILL-BERNARDIN (0059292)
                General Counsel

MICHELLE R. EVANS (0075124)
Associate General Counsel
Ohio Council 8, AFSCME, AFL-CIO
6800 North High Street
Worthington, Ohio 43085
Tel.: (614) 841-1918/Fax: (614) 430-7960
kmassengillbernardin@afscme.org
mevans@afscme8.org

Counsel for Proposed Intervenors Ohio Council 8, AFSCME, AFL-CIO; Local 2288, AFSCME, AFL-CIO; Local 2804, AFSCME, AFL-CIO; and United Nurses of America, Local 2026, AFSCME, AFL-CIO

s/Cathrine Harshman
CATHRINE HARSHMAN (0079373)
Harshman, Wannemacher Tipton & Lipperman
4683 Winterset Drive,
Columbus Ohio 43220
Tel.: 614-437-9854
charshman@hcands.com

Counsel for Proposed Intervenors SEIU District 1199, TRMC and SEIU District 1199, NMC

**Certificate of Service**

The undersigned certifies that this Renewed Motion for Leave To Intervene as Plaintiffs and Memorandum in Support has been electronically filed with the U.S. District Court Northern District of Ohio this 21st day of July, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kimm A. Massengill-Bernardin
Kimm A. Massengill-Bernardin