**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID McCULLOUGH on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> INSIGHT FOUNDATION OF HILLSIDE, *et al.*, <br><br> Defendants. | CASE NO. 4:25-cv-00644-BYP <br><br> JUDGE BENITA Y. PEARSON <br><br> **JOINT MOTION TO STAY CASE AND FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs David McCullough and Angela Foor ("Plaintiffs") and Defendants Insight Foundation of Hillside, Insight Foundation of Trumbull, and Firdaus Foundation ("Defendants"), by and through the undersigned counsel, jointly move this Court for an extension of time for Defendants to file their response to Plaintiffs' First Amended Collective and Class Action Complaint ("Amended Complaint") to October 20, 2025. Further, the parties jointly move this Court for an order staying this action until October 20, 2025 to facilitate the parties' exploration of a potential resolution of this matter. The parties have agreed to exchange information and convene to discuss potential resolution by September 22, 2025. Counsel for the Intervening Unions[1] have also consented to this stay and have agreed to participate in exploring the possibility of a global resolution.

This Motion is made in good faith and not for purposes of harassment or delay. On June 30, 2025, Plaintiffs filed their Amended Complaint. The Amended Complaint added Plaintiff Angela Foor as a new named plaintiff and added four new causes of action, including claims under

---

[1] Intervening Unions include Ohio Council 8, AFSCME, AFL-CIO; Local 2288, AFSCME, AFL-CIO; Local 2804, AFSCME, AFL-CIO; and United Nurses of America, Local 2026, AFSCME, AFL-CIO; SEIU District 1199, TRMC and SEIU District 1199, NMC, as well as individuals, Vanessa G. Satterthwaite, and Billie E. Fike.

the Fair Labor Standards Act and the Ohio Minimum Fair Wage Standards Law. Thus, Defendants seek an extension of time to respond to the Amended Complaint so that they can investigate the numerous new allegations contained in the Amended Complaint.

Further, counsel for Plaintiffs and counsel for Defendants have discussed exploring resolution of the disputes in this matter. Thus, the parties jointly seek additional time for Defendants to respond to the Amended Complaint and a stay of the lawsuit in order to facilitate the parties' efforts toward reaching a resolution of this matter, including engaging in mutual exchanges of information.

All parties have consented to this requested extension and stay. Thus, this extension will not prejudice the parties. Given the nature of this Motion, the parties request waiver of Local Rule 7.1(c)'s memorandum requirement.

**WHEREFORE**, for good cause shown, the parties jointly request that this Court stay this matter until October 20, 2025 and extend Defendants' time to file their response to Plaintiffs' Amended Complaint to October 20, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Christina C. Spallina* (per 7/21/25 email consent)<br>Robert J. Dubyak (0059869)<br>Christina C. Spallina (0088548)<br>**DUBYAK NELSON, LLC**<br>6105 Parkland Blvd, Suite 230<br>Mayfield Heights, OH 44124<br>PH: 216-364-0500 \| FX: 216-364-0505<br>Email:rdubyak@dubyaknelson.com<br>cspallina@dubyaknelson.com<br>*Attorneys for Plaintiffs and the Proposed Class* | */s/ Yelena G. Katz*<br>YELENA G. KATZ (92130)<br>JOSEPH R. BLALOCK (90273)<br>JORDAN J. CALL (96040)<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br>Telephone: (216) 363-4500<br>Facsimile: (216) 363-4588<br>Email:  ykatz@beneschlaw.com<br>          jblalock@beneschlaw.com<br>          jcall@beneschlaw.com<br><br>*Attorneys for Defendants Insight Foundation of Hillside, Insight Foundation of Trumbull, and Firdaus Foundation* |

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 21, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              */s/ Yelena G. Katz*
                                              *One of the Attorneys for Defendants Insight Foundation of Hillside, Insight Foundation of Trumbull, and Firdaus Foundation*