IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| DAVID McCULLOUGH on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSIGHT FOUNDATION OF HILLSIDE, *et al.*,<br><br>Defendants. | CASE NO. 4:25-cv-00644-BYP<br><br>JUDGE BENITA Y. PEARSON<br><br>**JOINT MOTION TO CONTINUE STAY OF CASE AND FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs David McCullough and Angela Foor ("Plaintiffs") and Defendants Insight Foundation of Hillside, Insight Foundation of Trumbull, and Firdaus Foundation ("Defendants"), by and through the undersigned counsel, jointly move this Court for an extension of time for Defendants to move, plead or otherwise respond to Plaintiffs' First Amended Collective and Class Action Complaint ("Amended Complaint") for an additional 60 days to December 19, 2025.[1] Defendants' response to the Amended Complaint is currently due on October 20, 2025. Further, the parties jointly move this Court for an order continuing the stay of this action until December 19, 2025 to facilitate the parties' exploration of a potential resolution of this matter. The stay is currently set to continue through October 20, 2025. Counsel for the Intervening Unions[2] have also consented to this stay and have agreed to participate in exploring the possibility of a global resolution.

This Motion is made in good faith and not for purposes of harassment or delay. Counsel for Plaintiffs and counsel for Defendants have discussed exploring resolution of the disputes in

---

[1] In joining this Motion, Defendants do not waive any defenses with respect to the claims in this lawsuit and do not concede personal jurisdiction of this Court.

[2] Intervening Unions include Ohio Council 8, AFSCME, AFL-CIO; Local 2288, AFSCME, AFL-CIO; Local 2804AFSCME, AFL-CIO; and United Nurses of America, Local 2026, AFSCME, AFL-CIO; SEIU District 1199, TRMC and SEIU District 1199, NMC, as well as individuals, Vanessa G. Satterthwaite, and Billie E. Fike.

this matter. Per the parties' prior joint motion (Dkt. #28), the parties exchanged information to facilitate discussions toward potential resolution. Also, per the parties' prior joint motion (Dkt. #28), the parties participated in mediation on September 22, 2025. Continued discussions have been ongoing since the parties' participation in the September 22, 2025 mediation. The parties are in the process of agreeing to and scheduling a second mediation session. Thus, the parties jointly seek additional time for Defendants to respond to the Amended Complaint and a stay of the lawsuit, in order to facilitate the parties' continuing efforts toward reaching a resolution of this matter, including engaging in continued settlement discussions and a second mediation.

All parties have consented to this requested extension and stay. Thus, this extension will not prejudice the parties. Given the nature of this Motion, the parties request waiver of Local Rule 7.1(c)'s memorandum requirement.

**WHEREFORE**, for good cause shown, the parties jointly request that this Court stay this matter until December 19, 2025 and extend Defendants' time to file their response to Plaintiffs' Amended Complaint to December 19, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Christina Spallina* | */s/ Yelena G. Katz* |
| Robert J. Dubyak (0059869) | YELENA G. KATZ (92130) |
| Christina C. Spallina (0088548) | JOSEPH R. BLALOCK (90273) |
| **DUBYAK NELSON, LLC** | JORDAN J. CALL (96040) |
| 6105 Parkland Blvd, Suite 230 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| Mayfield Heights, OH 44124 | 127 Public Square, Suite 4900 |
| Telephone: 216-364-0500 | Cleveland, Ohio 44114 |
| Facsimile: 216-364-0505 | Telephone: (216) 363-4500 |
| Email: rdubyak@dubyaknelson.com | Facsimile: (216) 363-4588 |
| cspallina@dubyaknelson.com | Email: ykatz@beneschlaw.com |
| | jblalock@beneschlaw.com |
| *Attorneys for Plaintiffs and the Proposed Class* | jcall@beneschlaw.com |
| | *Attorneys for Defendants Insight Foundation of Hillside, Insight Foundation of Trumbull, and Firdaus Foundation* |

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 20, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ Yelena G. Katz*
              *One of the Attorneys for Defendants Insight Foundation of Hillside, Insight Foundation of Trumbull, and Firdaus Foundation*