# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DAVID McCULLOUGH, et al., | CASE NO. 4:25-cv-00644-BYP |
| Plaintiffs, | JUDGE BENITA Y. PEARSON |
| vs. | **DECLARATION IN SUPPORT OF MOTION TO DISMISS** |
| INSIGHT FOUNDATION OF HILLSIDE, et al., | |
| Defendants. | |

## DECLARATION OF RIAZUL HUDA IN SUPPORT OF DEFENDANT FIRDAUS FOUNDATION'S MOTION TO DISMISS

I, Riazul Huda, declare as follows:

1. I am a board member of Firdaus Foundation. As such, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could testify completely thereto.

2. Firdaus Foundation is a nonprofit organization incorporated in Michigan.

3. Its principal place of business is in Flint, Michigan.

4. Firdaus Foundation is dedicated to providing religious guidance to the Muslim American community through various charitable initiatives.

5. With a focus on social welfare and community development, Firdaus Foundation strives to make a positive impact on the lives of individuals and families in need.

6. It does not transact business in Ohio, is not registered with the Ohio Secretary of State, and has never owned real property in Ohio.

7. It does not derive revenue from goods or services in Ohio and has no affiliation or connection with Ohio.

8. Firdaus Foundation is the sole member of Insight Foundation of Hillside ("Hillside") and Insight Foundation of Trumbull ("Insight"), which are incorporated and based in Ohio.

9. Firdaus Foundation is not involved in making employment-related decisions with respect to Insight Hillside's or Insight Trumbull's employees.

10. To my knowledge, Firdaus Foundation has not solicited, transacted, or conducted any business in the State of Ohio relating to this case.

28019173 v1

2

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of December 2025    _____
                                                                             Riazul Huda

28019173 v1