PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DAVID MCCULLOUGH, *etc.*, | ) | |
| | ) | CASE NO.  4:25CV0644 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| INSIGHT FOUNDATION | ) | |
| OF HILLSIDE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

The above-entitled action was reset for a Telephonic Case Management Conference ("CMC") tomorrow, January 7, 2025, at 1:30 PM EST.  *See* Order (ECF No. 32) at PageID #: 285.  Lead counsel and parties must be present for the CMC.  *See* ECF No. 32 at PageID #: 285; LR 16.3(b)(1).  The Scheduling Order also provides:

> The parties (through counsel or personally, if unrepresented) shall file a report on their discussion, including a proposed discovery plan, in a form substantially similar to Attachment No. 3, signed by all counsel and/or unrepresented parties and submit this report to the Court no later than five (5) days before the CMC. . . .

ECF No. 29 at PageID #: 257.  Five days before the CMC was January 2, 2026.  The file in this case, however, does not show that a Discovery Plan pursuant to LR 16.3(b)(3) has been filed.

(4:25CV0644)

Accordingly, on or before today, January 6, 2026, at 4:30 PM EST Plaintiffs, on behalf of all parties, must file with the Court a Discovery Plan in the form provided in Attachment No. 3 to the Scheduling Order (ECF No. 29-3).


IT IS SO ORDERED.


    January 6, 2026                              /s/ Benita Y. Pearson
Date                                          Benita Y. Pearson
                                              United States District Judge

2