UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DAVID McCULLOUGH, et al., | ) | CASE NO.: 4:25-cv-00644-BYP |
| | ) | |
| Plaintiffs, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | PLAINTIFFS' MOTION FOR LEAVE TO |
| | ) | FILE THE MASTER AMENDED |
| INSIGHT FOUNDATION OF HILLSIDE, | ) | CONSOLIDATED COMPLAINT, |
| et al. | ) | *INSTANTER* |
| | ) | |
| Defendants. | ) | |

Now come Plaintiffs David McCullough, et al. ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 15, and hereby move the Court for leave to amend the First Amended Complaint for the purpose of: (a) adding intervening Unions, Ohio Council 8, American Federation of State, County and Municipal Employees AFL-CIO and its Locals 2288, 2804, and 2026, and Service Employees International Union, District 1199 WV/OH/KY, and Intervening Individuals, Vanessa G. Satterthwaite and Billie E. Fike, to assert in line with the Court's directive, a Master Consolidated Amended Collective and Class Action Complaint (the "Consolidated Complaint"); (b) to add Defendants Jawad A. Shah, M.D., P.C., Jawad A. Shah, M.D., and Ali Madha; (c) to add additional allegations regarding Defendants' operations and control over the Trumbull County hospital facilities; and (d) to add claims for the newly named individual Defendants' breach of fiduciary duty and Ohio Revised Code Section 2307.60.

The deadline for amending the pleadings has not passed, and permitting the proposed amendment will streamline the case and not cause any delay. The proposed Consolidated Complaint is attached hereto as Exhibit A. A memorandum in support is being filed herewith.

CERTIFICATION OF COUNSEL

The undersigned certifies that on Friday, January 16, 2026, Plaintiffs' Counsel gave notice to Counsel for the Defendants, Insight Foundation of Hillside, Insight Foundation of Trumbull, and the Firdaus Foundation (the "Insight Defendants") and advised Defense Counsel of the anticipated amendment. Counsel for the Insight Defendants acknowledged Plaintiffs' intent to amend, by phone call on the evening of Friday, January 16, 2026, but declined to consent to the amendment.

WHEREFORE, Plaintiffs respectfully request leave to file the Consolidated Complaint, *Instanter*.

Respectfully submitted,

By:  /s/ Christina C. Spallina
CHRISTINA C. SPALLINA (0088548)
ROSS, BRITTAIN & SCHONBERG, CO., L.P.A.
6480 Rockside Woods, Boulevard South, Suite 350
Cleveland, OH 44131
Telephone: (216) 643-4534
Facsimile: (216) 447-1554
cspallina@rbslaw.com

By: /s/ Robert J. Dubyak
ROBERT J. DUBYAK (0059869)
DUBYAK NELSON, LLC
6105 Parkland Blvd., Suite 230
Cleveland, OH 44131
Telephone: (216) 364-0500
Facsimile: (216) 364-0505
rdubyak@dubyaknelson.com

*Attorneys for Plaintiffs and the proposed Class*

MEMORANDUM IN SUPPORT

I. INTRODUCTION

Plaintiffs David McCullough and Angela Foor ("Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully request leave of this Court to file a Master Consolidated Amended Collective and Class Action Complaint (the "Consolidated Complaint"), *Instanter*. A copy of the proposed Consolidated Complaint is attached as Exhibit A to Plaintiff's Motion for Leave to File the Master Amended Consolidated Complaint, *Instanter* (the "Motion to Amend").

Plaintiffs submit that this Motion to Amend is not bought in bad faith or to create undue delay. This timely motion is brought for three reasons: (1) to consolidate Plaintiffs' claims with those brought by the Intervening Unions and Individuals, in accordance with this Court's directive; (2) to further expound on the operative facts supporting Plaintiffs' claims, and the applicability of Federal and State wage and hour requirements, including those of the Worker Adjustment and Retraining Notification Act ("WARN Act") and the Fair Labor Standards Act ("FLSA"), to Defendants' business operations; (3) and to add newly identified Defendants that are jointly and severally liable on Plaintiffs' claims.

II. LAW AND ARGUMENT

   a. **The Proposed Amendment is Timely Sought.**

Fed. R. Civ. P. 15(a) permits a party to amend its pleading with leave of court and provides that "[t]he court shall freely give leave when justice so requires." As noted by Courts in this Circuit, the United States Supreme Court has found that this rule "is to be interpreted liberally, and that in the absence of undue delay, bad faith, or dilatory motive on the part of the party proposing an amendment, leave should be granted." *Phillippi v. Jim Phillippi, Inc.*, S.D.Ohio No. 2:07-cv-0916, 2009 U.S. Dist. LEXIS 33160, at *1-2 (Apr. 14, 2009*)*(citing *Foman v. Davis,* 371 U.S. 178, 83

S.Ct. 227, 9 L.Ed.2d 222 (1962); *Zenith Radio Corp. v. Hazeltine Research, Inc.,* 401 U.S. 321, 91 S.Ct. 795, 28 L.Ed.2d 77 (1971). In this particular case, justice will be served by allowing Plaintiffs to consolidate their claims and clarify the allegations for joint and several liability against the corporate and individual Defendants.

Plaintiffs' proposed Consolidated Complaint would not be futile and will not prejudice Defendants. Due to the case being stayed for attempted resolution and mediation, active litigation of this case has only just begun with parties recently exchanging Initial Disclosures. Although informal discovery and investigation occurred during the period of time when the case was stayed, no formal discovery has been undertaken. Amendment of the pleadings at this time will further clarify the basis for Plaintiffs' claims as the parties proceed into discovery. Additionally, amendment of the pleadings will also streamline the litigation by consolidating the claims of the original named Plaintiffs with those of the Intervening Unions and Individuals. Finally, a party is generally permitted to make a Rule 15(a) amendment to add additional parties to the case. Fed. R. Civ. P. 15(A); *see e.g.* 6 Fed. Prac. & Proc. Civ. § 1474 (3d ed.). Since this motion is timely, and Defendants will not be prejudiced, granting leave is proper pursuant to the Civil Rules.

    b. **The Proposed Amendment Will Facilitate a Determination of the Action on Its Mertis.**

"[T]he purpose of Rule 15(a). . . is to facilitate a determination of the action on its merits[.]" 6 Fed. Prac. & Proc. Civ. § 1488 (3d ed.). In *Galloway v. Chesapeake Union Exempted Village Schools Board of Education*, the United States District Court for the Southern District of Ohio observed that "Newly amended Fed. R. Civ. P. 15 speaks to the propriety of moving to amend promptly in response to a motion to dismiss. 'This provision … will force the pleader to consider carefully and promptly the wisdom of amending to meet the arguments in the motion.'" *Galloway v. Chesapeake Union Exempted Village Schools Board of Education*, 2012 U.S. Dist. LEXIS

4

60552, Case no. 1:11-CV-850 (citing Notes of Advisory Committee on 2009 amendments to Rule 15(a)). Plaintiffs have responded promptly to Defendant Firdaus Foundation's motion to dismiss and Plaintiffs believe that the Consolidated Complaint will "avoid the need to decide the motion or reduce the number of issues to be decided and will expedite determination of issues that might be raised seriatim." *Id.* Plaintiffs wish to amend the complaint, not for purposes of delay, but rather to more precisely state their well-pled claims for relief against all Defendants. Because of this, leave of Court is fully warranted.

### III. CONCLUSION

For all of the reasons set forth above, Plaintiffs and the proposed Class respectfully request this Court grant their Motion for Leave to File the Master Amended Consolidated Complaint, *Instanter.*

Respectfully submitted,

By: /s/ Christina C. Spallina
CHRISTINA C. SPALLINA (0088548)
ROSS, BRITTAIN & SCHONBERG, CO., L.P.A.
6480 Rockside Woods, Boulevard South, Suite 350
Cleveland, OH 44131
Telephone: (216) 643-4534
Facsimile: (216) 447-1554
cspallina@rbslaw.com

By: /s/ Robert J. Dubyak
ROBERT J. DUBYAK (0059869)
DUBYAK NELSON, LLC
6105 Parkland Blvd., Suite 230
Cleveland, OH 44131
Telephone: (216) 364-0500
Facsimile: (216) 364-0505
rdubyak@dubyaknelson.com

*Attorneys for Plaintiffs and the proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January 2026, the foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE THE MASTER AMENDED CONSOLIDATED COMPLAINT, *INSTANTER* is being filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christina C. Spallina
Christina C. Spallina (0088548)