PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID MCCULLOUGH, *etc.*, | ) | |
| | ) | CASE NO. 4:25CV0644 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| INSIGHT FOUNDATION | ) | |
| OF HILLSIDE, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF Nos. 27 and 34] |

Pending is Ohio Council 8, Local 2288, Local 2804, UNA Local 2026, and, SEIU District 1199's Renewed Motion for Leave to Intervene as Plaintiffs to the First Amended Complaint (ECF No. 27) pursuant to Fed. R. Civ. P. 24(a)(2) or, in the alternative, Fed. R. Civ. P. 24(b)(1)(B), filed on July 21, 2025. For the reasons set forth in Section I below, the motion is denied as moot.

Also pending is Defendant Firdaus Foundation's Motion to Dismiss (ECF No. 34) pursuant to Fed. R. Civ. P. 12(b)(2) or, in the alternative Fed. R. Civ. P. 12(b)(6), filed on December 19, 2025. For the reasons set forth in Section II below, the motion is denied without prejudice as moot.

**I.**

The Master Consolidated Amended Collective and Class Action Complaint (ECF No. 43), filed on January 22, 2026, joins the claims of Plaintiffs David McCullough and Angela Foor, Proposed Intervening Unions (Ohio Council 8, Local 2288, Local 2804, UNA Local 2026, and

(4:25CV0644)

SEIU District 1199), and Individual Intervenors (Vanessa G. Satterthwaite and Billie E. Fike). *See also* Amended Discovery Plan (ECF No. 38) at PageID #: 348, ¶ 8(d); Case Management Plan (ECF No. 41) at PageID #: 402, ¶ 16.

Accordingly, Ohio Council 8, Local 2288, Local 2804, UNA Local 2026, and, SEIU District 1199's Renewed Motion for Leave to Intervene as Plaintiffs to the First Amended Complaint (ECF No. 27) is denied as moot due to the subsequent filing of ECF No. 43.

**II.**

Defendant Firdaus Foundation's Motion to Dismiss (ECF No. 34) predates the Master Consolidated Amended Collective and Class Action Complaint (ECF No. 43), which supersedes the First Amended Collective and Class Action Complaint (ECF No. 25) to which the motion is directed. *See Clark v. Johnston*, 413 Fed.Appx. 804, 811 (6th Cir. 2011) (citing 6 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1476 (3d ed. 2010) (stating that "[a] pleading that has been amended under Rule 15(a) supersedes the pleading it modifies" and that "[o]nce an amended pleading is interposed, the original pleading no longer performs any function in the case"); *see also Drake v. City of Detroit, Michigan*, 266 Fed.Appx. 444, 448 (6th Cir. 2008) (stating that a prior "complaint is a nullity, because an amended complaint [supersedes] all prior complaints").

Accordingly, Defendant Firdaus Foundation's Motion to Dismiss (ECF No. 34) is denied without prejudice because it is moot due to the subsequent filing of ECF No. 43. *See Calvert v. GNC Corp.*, No. 4:13CV1697 (N.D. Ohio Oct. 30, 2013) (Pearson, J.).

(4:25CV0644)

### III.

Ohio Council 8, Local 2288, Local 2804, UNA Local 2026, and, SEIU District 1199's Renewed Motion for Leave to Intervene as Plaintiffs to the First Amended Complaint (ECF No. 27) is denied as moot. Defendant Firdaus Foundation's Motion to Dismiss (ECF No. 34) is denied without prejudice as moot.

Counsel and the parties are reminded that this case is set for a Telephonic Status Conference on August 5, 2026. *See* Case Management Plan (ECF No. 41) at PageID #: 403, ¶ 18. Counsel for Plaintiff shall set up the conference call and contact Chambers directly at 330-884-7435, with all participants on the line.

IT IS SO ORDERED.

| | |
|---|---|
| January 26, 2026 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |