IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVE McCULLOUGH, *et al.*, | CASE NO. 4:25-CV-00644-BYP |
| Plaintiffs, | JUDGE BENITA Y. PEARSON |
| vs. | **<u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MASTER CONSOLIDATED AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT AND JURY DEMAND</u>** |
| INSIGHT FOUNDATION OF HILLSIDE, *et al.* | |
| Defendants. | |

\* \* \* \*

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants Insight Foundation of Hillside, Insight Foundation of Trumbull, and the Firdaus Foundation (hereinafter referred to collectively as "<u>Insight Defendants</u>"), by and through the undersigned counsel, move this Court for an extension of time for Insight Defendants to move, plead, or otherwise respond to Plaintiffs' Master Consolidated Amended Collective and Class Action Complaint and Jury Demand ("<u>Consolidated Complaint</u>") for an additional seven (7) days to February 12, 2026.[1] Insight Defendants' response to the Consolidated Complaint is currently due on February 5, 2026.

As indicated by the signatures below, all parties have consented to this requested extension. Thus, this extension will not prejudice the parties. Given the nature of this Motion, the Insight Defendants request waiver of Local Rule 7.1(c)'s memorandum requirement.

---

[1] Insight Defendants do not waive any defenses with respect to the claims in this lawsuit and do not concede personal jurisdiction of this Court.

28219935 v2

**WHEREFORE**, for good cause shown, Insight Defendants request that this Court extend Insight Defendants' time to file their response to Plaintiffs' Consolidated Complaint to February 12, 2026.

Respectfully submitted,

By: /s/ Joseph R. Blalock
YELENA G. KATZ (0092130)
JOSEPH R. BLALOCK (0090273)
JORDAN J. CALL (0096040)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
ykatz@beneschlaw.com
jblalock@beneschlaw.com
jcall@beneschlaw.com

*Counsel for Insight Defendants*

Consented to by:

| | |
|---|---|
| By: /s/ Christina C. Spallina (by written consent)<br>CHRISTINA C. SPALLINA (0088548)<br>ROSS, BRITTAIN & SCHONBERG, CO., L.P.A.<br>6480 Rockside Woods, Boulevard South, Suite 350<br>Cleveland, OH 44131<br>Telephone: (216) 643-4534<br>Facsimile: (216) 447-1554<br>cspallina@rbslaw.com<br><br>By: /s/ Robert J. Dubyak (by written consent)<br>ROBERT J. DUBYAK (0059869)<br>DUBYAK NELSON, LLC<br>6105 Parkland Blvd., Suite 230<br>Cleveland, OH 44131<br>Telephone: (216) 364-0500<br>Facsimile: (216) 364-0505<br>rdubyak@dubyaknelson.com | By: /s/ Kimm A. Massengill-Bernardin (by written consent)<br>KIMM A. MASSENGILL-BERNARDIN (0059292)<br>MICHELLE R. EVANS (0075124)<br>OHIO COUNCIL 8, AFSCME, AFL-CIO<br>6800 North High Street<br>Worthington, Ohio 43085<br>kmassengillbernardin@afscme.org<br>mevans@afscme8.org<br><br>*Counsel for Intervenors Ohio Council 8, AFSCME, AFL-CIO; Local 2288, AFSCME, AFL-CIO; Local 2804, AFSCME, AFL-CIO; and United Nurses of America, Local 2026, AFSCME, AFL-CIO*<br><br>By: /s/ Lathan Lipperman (by written consent)<br>CATHERINE HARSHMAN (0079373)<br>LATHAN LIPPERMAN (0095523)<br>HARSHMAN, WANNEMACHER TIPTON & LIPPERMAN<br>4683 Winterset Drive<br>Columbus, Ohio 43220 |

28219935 v2

*Attorneys for Plaintiffs and the proposed Class*

charshman@hcands.com
llipperman@hcands.com

*Counsel for Intervenors SEIU District 1199, TRMC and SEIU District 1199, NMC*

3

28219935 v2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Joseph R. Blalock*
*One of the Attorneys for Defendants Insight Foundation of Hillside, Insight Foundation of Trumbull, and Firdaus Foundation*

28219935 v2