IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVE McCULLOUGH, *et al.*,

Plaintiffs,

vs.

INSIGHT FOUNDATION OF HILLSIDE, *et al.*

Defendants.

CASE NO: 4:25-CV-00644-BYP

JUDGE BENITA Y. PEARSON

* * * *

**PLAINTIFFS' JOINT MOTION FOR ORDER (1) PRELIMINARILY APPROVING SETTLEMENT AGREEMENT; (2) APPROVING FORM AND MANNER OF NOTICE TO THE SETTLEMENT CLASS; (3) SCHEDULING A FINAL FAIRNESS HEARING FOR THE FINAL CONSIDERATION AND APPROVAL OF THE SETTLEMENT AND (4) FINALLY APPROVING THE SETTLEMENT**

David McCullough, Angela Foor, Vanessa G. Satterthwaite, and Billie E. Fike ("Representative Plaintiffs"), individually, and on behalf of the Tier 1, Tier 2, and Tier 3 Eligible Settlement Participants, as defined in the Settlement[1] (the "Settlement Class"), along with Ohio Council 8 American Federation of State, County and Municipal Employees, AFL-CIO; and its LOCAL 2288, American Federation of State, County, and Municipal Employees; and its LOCAL 2804, American Federation of State, County and Municipal Employees, AFL-CIO; and its UNA LOCAL 2026, American Federation of State, County and Municipal Employees, AFL-CIO, and Service Employees International Union, District 1199 WV/OH/KY (the "Unions"), on the one hand, and Insight Foundation of Hillside, Insight Foundation of Trumbull, Firdaus Foundation, Jawad A. Shah, M.D., P.C., Jawad A. Shah, M.D. and Ali Madha (collectively, "Defendants"), on

[1] The Settlement Agreement is attached to the Memorandum of Law being filed herewith as Exhibit 1.

the other hand, sometimes collectively referred to with the Representative Plaintiffs and the Unions as the "Parties," by and through their respective counsel of record, submit this Joint Motion for the entry of an Order (1) Preliminarily Approving the Settlement Agreement between Representative Plaintiffs, on behalf of themselves and on behalf of the Settlement Class, the Unions, and Defendants; (2) Approving the Form and Manner of Notice to the Settlement Class; (3) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement (the "Joint Motion").

The Parties submit to the Court that a fully executed version of the Settlement Agreement, in the form substantially similar to that being filed herewith, will be submitted as a supplement to this Joint Motion within fourteen (14) days.

In support of the Joint Motion, the Parties submit a memorandum of law and the exhibits, thereto.

Dated: September 15, 2026

Respectfully submitted,

By: /s/ *Christina C. Spallina*
CHRISTINA C. SPALLINA (0088548)
ROSS, BRITTAIN & SCHONBERG, CO., L.P.A.
6480 Rockside Woods, Boulevard South, Suite 350
Cleveland, OH 44131
Telephone: (216) 643-4534
Facsimile: (216) 447-1554
cspallina@rbslaw.com

By: /s/ Robert Dubyak
ROBERT J. DUBYAK (0059869)
DUBYAK NELSON, LLC
6105 Parkland Blvd., Suite 230
Cleveland, OH 44131
Telephone: (216) 364-0500
Facsimile: (216) 364-0505
rdubyak@dubyaknelson.com

*Attorneys for Representative Plaintiffs and the*

*proposed Settlement Class*

By: /s/ Yelena Katz
YELENA G. KATZ (0092130)
JOSEPH R. BLALOCK (0090273)
JORDAN J. CALL (0096040)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
ykatz@beneschlaw.com
jblalock@beneschlaw.com
jcall@beneschlaw.com

*Counsel for Defendants*

By: /s/ Kimm Massengill -Bernardin
KIMM A. MASSENGILL-BERNARDIN (0059292)
MICHELLE R. EVANS (0075124)
OHIO COUNCIL 8, AFSCME, AFL-CIO
6800 North High Street
Worthington, Ohio 43085
kmassengillbernardin@afscme.org
mevans@afscme8.org

*Counsel for Intervenors Ohio Council 8, AFSCME, AFL-CIO; Local 2288, AFSCME, AFL-CIO; Local 2804, AFSCME, AFL-CIO; and United Nurses of America, Local 2026, AFSCME, AFL-CIO*

By: /s/ Catherine Harshman
CATHRINE HARSHMAN (0079373)
LATHAN LIPPERMAN (0095523)
HARSHMAN, WANNEMACHER TIPTON & LIPPERMAN
4683 Winterset Drive
Columbus, Ohio 43220
charshman@hcands.com
llipperman@hcands.com

*Counsel for Intervenors SEIU District 1199, TRMC and SEIU District 1199, NMC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on this 15th day of September, 2026. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christina C. Spallina
Christina C. Spallina